# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MOHAMAD TLAIB, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CHATTEM, INC.,

Defendant.

Case No. 23 C 376
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ 
which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☒ in favor of Defendant (s), CHATTEM, INC.

and against Plaintiff (s) MOHAMAD TLAIB, individually and on behalf of all others similarly situated,

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  9/8/2023

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk